IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSHON WILLIAMS, | Case No. 1:10-cv-00624 JLT (PC) |
| Plaintiff, | |
| vs. | ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO KEEP THE COURT APPRISED OF HIS CURRENT ADDRESS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, MEDICAL DEPARTMENT et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 8, 2011, the Court dismissed Plaintiff's original complaint with leave to amend. (Doc. 9.) However, on November 15, 2011, the Court's order was returned as undeliverable by mail due to deficiencies in Plaintiff's address.

Pursuant to Local Rule 183(b), a party appearing in propria persona such as Plaintiff is required to keep the Court apprised of his or her current address at all times. Specifically, Local Rule 183(b) provides:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

Over seventy-three days have passed since Plaintiff's mail was returned as undeliverable in this case, and Plaintiff has failed to notify the Court of his current address.

1

Accordingly, pursuant to Local Rule 183(b), **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** without prejudice for Plaintiff's failure to keep the Court apprised of his current address; and

2. The Clerk of the Court is directed to close this case.

<u>IT IS SO ORDERED.</u>

Dated:   **January 27, 2012**                                        <u>/s/ Jennifer L. Thurston</u>
                                                                    UNITED STATES MAGISTRATE JUDGE

2